■ ISRAEL DISCOUNT BANK LIMITED v BERNARD RAPPAPORT et al. — Motion for leave to appeal to the Court of Appeals granted, and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Kupferman, J. P., Markewich, Bloom and Milonas, JJ.